**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **Corvel Enterprise Comp, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113424 | $40,973.32 | 3/27/2023 | 1358504 | 2/20/2023 | $20,486.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113424 | $40,973.32 | 3/27/2023 | 1342943 | 1/20/2023 | $20,486.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113391 | $25,171.00 | 3/27/2023 | DEC2022 | 12/2/2022 | $25,171.00 |

| | | | |
|---|---|---|---|
| Totals: | 2 transfer(s), | $66,144.32 | |